# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THEODORE MARTIN,

          Petitioner

          v.

THE COMMON PLEAS COURT OF
PHILADELPHIA COUNTY, ET AL.,

          Respondent

: No. 83 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2024, the "Petition for the Issuance of a Writ of Mandamus and/or Prohibition," the "Motion for Leave to File a Petition for the Issuance of a Writ of Mandamus and/or Prohibition," and the Application for "Permission to File Supplemental Pleading of Facts" are DENIED.